# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KADJAH WAYMON** | * | **CIVIL ACTION NO. 21-3862** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **BRANDON SALMON, LJS TRUCKING, INC. AND HARTFORD FIRE INSURANCE COMPANY** | * * * | **MAGISTRATE** |

*****************************************************************************

## NOTICE OF REMOVAL

**TO:** The Honorable Judges of the United States District Court for the Western District of Louisiana

**NOW INTO COURT,** through undersigned counsel, come Defendants, LJS Trucking Company ("LJS Trucking") and Hartford Fire Insurance Company ("Hartford"), who hereby file this Notice of Removal, containing a short and plain statement of the grounds for removal as required by 28 U.S.C. §§ 1441 and 1446, thereby giving notice of removal from the Fourteenth Judicial District Court for the Parish of Calcasieu, State of Louisiana, to the United States District Court for the Western District of Louisiana, the following described and captioned lawsuit, and who respectfully show as follows:

I.

On September 1, 2021, Plaintiff, Kadjah Waymon, domiciled in the County of Henry, State of Georgia, commenced civil action no. 2021-3278 in a place embraced within the United States District Court for the Western District of Louisiana, specifically, the Fourteenth Judicial District Court for the Parish of Calcasieu.[1] The action is entitled *"Kadjiah Waymon v. Brandon Salmon, LJS Trucking Company, and Hartford Fire Insurance Company"* and Plaintiff asserts therein,

---

[1] Exhibit 1 – Petition for Damages.

claims for personal injury which arose on September 4, 2020, in the Parish of Calcasieu, State of Louisiana.[2]

II.

Named defendant, who has not yet been served, in civil action no. 2021-3278, Brandon Salmon is domiciled and citizen of Texas.[3]

III.

Named Defendant in civil action no. 2021-3278, LJS Trucking is registered in and with its principle place of business in the State of Texas.[4]

IV.

Named Defendant in civil action no. 2021-3278, Hartford is registered in and with its principal place of business in the State of Connecticut.[5]

V.

Plaintiff is domiciled in and a citizen of Georgia.[6]

VI.

The amount in controversy was not immediately apparent and was not plead in Plaintiff's Petition for Damages.[7]

VII.

On October 19, 2021, counsel for Plaintiff forwarded to counsel for Defendants, LJS Trucking and Hartford, a surgical recommendation for a microdisectomy of Plaintiff's lumbar

---

[2] Exhibit 1 – Petition for Damages.
[3] Exhibit 1 – Petition for Damages.
[4] Exhibit 1 – Petition for Damages; Exhibit 5 – Print out from Texas Secretary of State website.
[5] Exhibit 1 – Petition for Damages; Exhibit 6 – Print out from State of Connecticut website.
[6] Exhibit 1 – Petition for Damages.
[7] Exhibit 1 – Petition for Damages.

spine.[8] This is the first information LJS Trucking and Hartford received regarding Plaintiff's claimed medical status or specifics regarding Plaintiff's claimed damages.

VII.

Though LJS Trucking and Hartford dispute the causation and necessity for the microdiscectomy, if Plaintiff undergoes said procedure and said procedure is found to be related to the subject accident, then general damage awards would exceed $75,000.[9]

VIII.

As this action was not removable on the face of the Petition for Damages because the amount in controversy was not apparent based upon the face of the Petition for Damages, LJS Trucking and Hartford have thirty days to file a notice of removal from the receipt of an "other paper" from which it may first be ascertained that the case is one which is or has become removable. *28 U.S.C.A. 1446(b)*. Therefore, this Removal is timely.

IX.

Action No. 2021-3278 is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §1332 and which may be removed to this Court pursuant 28 U.S.C. §1441, *et seq.*, because the amount in controversy appears to exceed the sum or value of $75,000, exclusive of interests and costs, and the civil action is between citizens of different states.  Specifically, this civil action is removable for the following reasons: (i) Plaintiff is a citizen of the State of Georgia; (ii) Defendant, Hartford, is incorporated and has its principal place of business in the State of Connecticut; (iii) Defendant not yet served, Brandon Salmon, is a citizen of the State of Texas;

---

[8] Exhibit 7 – Email from counsel to Plaintiff to counsel for Defendants dated October 19, 2021 and attachments *in globo*.
[9] *See ie Linnear v. Center. Energy Entex/Rel Ener*. 41, 171 (La. App. 2 Cir. 8/4/06); 945 So.2d 1 (Appellate court awarded $150,000 in general damages and $25,000 in future medical expenses where plaintiff underwent a lumbar microdiscectomy); *Maranto v. Goodyear* 25, 114 (La. App. 2 Cir. 5/1095); 661 So. 2d 503 ($150,000 in general damages for a lumbar discetomy.)

and (iv) Defendant, LJS Trucking, is incorporated and has its principal place of business in the State of Texas.

X.

Written notice of the filing of this Notice of Removal has been given to Plaintiff, and a copy of this Notice will be promptly filed with the Clerk of the Fourteenth Judicial District Court for the Parish of Calcasieu, State of Louisiana.

XI.

Defendants, LJS Trucking and Hartford appear hereIN only for the limited purpose of asserting the present Notice of Removal and suggest that this Notice is submitted without waiver of any defenses, state or federal, and with full reservation of defendant's right to timely assert any and all such defenses.

**WHEREFORE**, defendants LJS Trucking Inc. and Hartford Fire Insurance Company, prays that Action No. 2021-3278, now pending in the Fourteenth Judicial District Court for the Parish of Calcasieu, State of Louisiana be immediately removed to this Court for trial and determination, and that this Court assume full jurisdiction of this cause of action, the same as though this action had been originally instituted in this Court.

Respectfully submitted,

  /s/ Alexis R. Jani
**KRISTE TALON UTLEY (#25268)**
**ALEXIS R. JANI (#32514)**
**BOYKIN & UTLEY**
A Professional Law Corporation
400 Poydras Street, Suite 1540
New Orleans, LA 70130
Telephone: (504) 527-5450
Facsimile: (504) 527-5436
E-mail: ARJ@boykinandutley.com

Page **4** of **5**

## CERTIFICATE

I hereby certify that before filing the Notice of Removal with this Honorable Court on November 4, 2021, the attached Notices of Filing of Removal to Counsel and Clerk of Court for the Fourteenth Judicial District Court for the Parish of Calcasieu, together with a copy of the above-referenced Notice of Removal, were filed with the Clerk of Court for the Fourteenth Judicial District Court for the Parish of Calcasieu, State of Louisiana, by filing with the Clerk's office, and was served contemporaneously with or before filing on attorney for Plaintiff in a manner authorized by *FRCP 5(b)(2)* or via the court's CM/ECF system.

                                                 */s/ Alexis R. Jani*